

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2012

**BY FACSIMILE**

Hon. Victor Marrero
United States District Court
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ONICALLY FILED
DOC
DATE FILED  4/11/12

    Re:  **United States** v. **Jose Peña, et al.**,
        09 Cr. 341 (VM)

Dear Judge Marrero:

    I am one of the prosecutors in charge of the above-
captioned case. A conference is scheduled for this Friday, April
14, 2012 to address issues raised by some of the defense counsel.
I write, after consulting with those defense counsel and your law
clerk, to request an adjournment of the conference until Friday,
April 27, 2012 at 4:00 p.m.

                 Respectfully submitted,

                 PREET BHARARA
                 United States Attorney

          By:

                 Laurie A. Korenbaum
                 Assistant United States Attorney
                 Tel.: (212) 637-2266

cc (via e-mail):
    Stanislao A. German, Esq.
    David S. Greenfield, Esq.

Request GRANTED. The *next status*
conference herein is rescheduled to *4-27-12*
at *4:00 p.m. to address the issues
raised by defendants Jose Peña*
SO ORDERED. *and Omar Flores only.*

*4-11-12*
DATE         VICTOR MARRERO, U.S.D.J.