USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/18/24_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HECTOR RAYMOND PEÑA,

                    Movant,

          - against -

UNITED STATES OF AMERICA,

                    Respondent.

**17 Civ. 3891 (VM)**
**09 Cr. 341 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

        In a letter to the Court dated June 2, 2024, movant Hector Raymond Peña requests the Instructions for a Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody (Motion Under 28 U.S.C. § 2255), available at https://www.uscourts.gov/sites/default/files/AO_243_0.pdf.

        The Clerk of Court is hereby respectfully **ORDERED** to mail copies of such Instructions and the accompanying form to Hector Raymond Peña, No. 20958-069, USP Victorville, P.O. Box 3900, Adelanto, CA 92301.

**SO ORDERED.**

Dated:    18 June 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.