```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

HECTOR RAYMOND PEÑA,

                Plaintiff,

- against -

UNITED STATES OF AMERICA,

                Defendant.

**17 CV 3891 (VM)**
**9 CR 341 (VM)**

ORDER

---

**VICTOR MARRERO, United States District Judge.**

On July 25, 2024, Petitioner Hector Raymond Peña ("Peña") moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. Section 2255. (See Dkt. No. 29.[1]) On August 8, 2024, the Court denied Peña the relief he sought. (See Dkt. No. 30.) Having denied Peña's petition for a writ of habeas corpus, the Court held that Peña was free to appeal the Court's denial of his motion for compassionate release under 18 U.S.C. § 3582, which does not require a certificate of appealability, but was not entitled to a certificate of appealability on his claims brought under 28 U.S.C. § 2255. (See Dkt. No. 32.)

On February 26, 2025, Peña submitted an affidavit accompanying a motion for permission to appeal in forma pauperis. (See Dkt. No. 33.) In the "issues on appeal"

---

[1] All docket citations in this order refer to filings in 17 CV 3891.

1

section, Peña stated: "The petitioner is appealing his denial of 'section 2255' with a full resentencing and a hearing to recalculate an amended PSR[.]" (Id.) Because the Court previously denied a certificate of appealability on claims brought under 28 U.S.C. § 2255, Peña's request is hereby DENIED.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated:    15 September 2025

        New York, New York

Victor Marrero
U.S.D.J.